FILED
2022 Aug-04 PM 06:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

ELECTRONICALLY FILED
6/23/2022 8:24 AM
11-CV-2022-900287.00
CIRCUIT COURT OF
CALHOUN COUNTY, ALABAMA
KIM MCCARSON, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number: 11<br>Date of Filing: 06/23/2022 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA
### MICHELLE BAKER ET AL v. FIAT CHRYSLER AUTOMOBILES, LLC

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☑ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** ARN024   6/23/2022 8:24:46 AM   /s/ CHASE ALLEN ARNOLD MR.
Date   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO



ELECTRONICALLY FILED
6/23/2022 8:24 AM
11-CV-2022-900287.00
CIRCUIT COURT OF
CALHOUN COUNTY, ALABAMA
KIM MCCARSON, CLERK

**IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA**

| | |
|---|---|
| **MICHELLE BAKER and CODY BERTA,** )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>**FIAT CHRYSLER AUTOMOBILES US LLC;** )<br>And A, B, and C, being that or those persons, )<br>Partnerships, and/or corporations, whose )<br>names are currently unknown to the )<br>Plaintiff, but whose names will be added )<br>hereto by amendment when ascertained. )<br>)<br>*Defendants.* ) | **CASE NO.: CV-2022-** |

## COMPLAINT

1. Plaintiff **MICHELLE BAKER** (hereinafter referred to as "Plaintiff Baker") is an individual over nineteen years of age and is a resident of Calhoun County, Alabama.

2. Plaintiff **CODY BERTA** (hereinafter referred to as "Plaintiff Berta") is an individual over nineteen years of age and is a resident of Calhoun County, Alabama.

3. Defendant **FIAT CHRYSLER AUTOMOBILES US LLC** (hereinafter referred to as "**FCA**") is the corporate entity that designed, manufactured, marketed, and/or sold the 2016 Chrysler Fiat 500X (VIN #: ZFBCFXBT7GP374610) made the basis of this lawsuit.

4. The true names and identities of the other named defendants are unknown to Plaintiff at this time and will be added by amendment in accordance with Rule

1

        9(h) of the Alabama Rules of Civil Procedure when the true names and identities are ascertained.

5.     The incident complained of herein occurred in Calhoun County, Alabama and the amount in controversy exceeds $50,000.

### COUNT ONE – *DEFECTIVE PRODUCT DESIGN* AGAINST FCA

6.     Plaintiff adopts and realleges paragraphs 1 through 5 as if they were set forth in full.

7.     On or about February 26, 2018, Plaintiff Berta bought the above-mentioned Fiat 500X from Superior Hyundai in Anniston, Alabama. Regular maintenance was performed on it during the time that he owned the vehicle.

8.     On the morning of the 11th day of July, 2020, Plaintiffs were asleep in their home when suddenly Plaintiff Baker heard a loud banging noise on her door around 6 a.m. She awoke to smoke filling her house. The neighbor was the one banging on her door. Plaintiffs managed to get out of the house, albeit suffering multiple injuries (Plaintiff Baker suffered a broken ankle; Plaintiff Berta suffered injuries to his lungs due to smoke inhalation and had to go to the ER for a lung wash and various other treatment) and when they did manage to make it outside, they saw Plaintiff Berta's 2016 Fiat 500X on fire in the driveway. The car had not been running for multiple hours.

9.     The Oxford Fire Department came and investigated the fire and concluded that the fire started at the vehicle and caused the house and another vehicle in the driveway to catch on fire.

10.     Plaintiff Baker made a report with Chrysler and the NHTSA. (*See* attached Consumer Complaint Form). She was soon notified that there was a recall on the 2016 Fiat 500X

after the fire. This recall was due to excessive oil consumption, which creates a safety hazard. Plaintiff Baker also spoke to other people with the same or similar engines that this 2016 Fiat 500X had who dealt with the same thing. One person in particular from Pennsylvania had the same exact vehicle as Plaintiffs and it also caught on fire, having almost identical burn patterns. (*See* Plaintiffs' Consumer Complaint Form.)

11. As a direct and proximate result of **DEFENDANT FCA's** *defective product design,* **PLAINTIFFS** sustained severe bodily injuries and property damage.

12. **PLAINTIFFS** are entitled to compensation from Defendants for:

a) Medical expenses;

b) Pain and suffering on account of personal injury;

c) Mental anguish on account of personal injury;

d) Permanent injuries; and

e) Disfigurement;

f) Lost wages;

g) Punitive damages, and

h) Property damages.

### COUNT TWO – *MANUFACTURING DEFECT* AGAINST FCA

13. Plaintiffs adopt and reallege paragraphs 1-12 as if they were set forth in full.

14. As a direct and proximate result of **DEFENDANT FCA's** *Manufacturing Defect,* **PLAINTIFFS** sustained severe bodily injuries and property damage.

15. **PLAINTIFFS** are entitled to compensation from Defendants for:

a) Medical expenses;

b) Pain and suffering on account of personal injury;

3

c) Mental anguish on account of personal injury;

d) Permanent injuries; and

e) Disfigurement;

f) Lost wages;

g) Punitive damages, and

h) Property damages.

## COUNT THREE – *BREACH OF WARRANTY* AGAINST FCA

16.Plaintiffs adopt and reallege paragraphs 1-15 as if they were set forth in full.

17.As a direct and proximate result of **DEFENDANT FCA's** *Breach of Warranty,* **PLAINTIFFS** sustained severe bodily injuries and property damage.

18.**PLAINTIFFS** are entitled to compensation from Defendants for:

a) Medical expenses;

b) Pain and suffering on account of personal injury;

c) Mental anguish on account of personal injury;

d) Permanent injuries; and

e) Disfigurement;

f) Lost wages;

g) Punitive damages, and

h) Property damages.

19. The estimated property damage to Plaintiffs' home was $23,914.09.

20.Wherefore, **PLAINTIFFS** demands a judgment against **DEFENDANT FCA** and/or other defendants in an amount deemed appropriate under the circumstances, plus the costs of this action.

**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY**

Respectfully submitted on this the 23rd day of June 2022.

/s/ *Coker B. Cleveland*
Coker B. Cleveland
Attorney for Plaintiff

/s/ *Donald C. Murphy*
Donald C. Murphy
Attorney for Plaintiff

/s/ *Chase A. Arnold*
Chase A. Arnold
Attorney for Plaintiff

**OF COUNSEL:**

CLEVELAND & MURPHY, LLC
Attorneys for Plaintiffs
2120 Leighton Avenue
Anniston, AL 36207
Telephone: 256.403-5317
Facsimile:  256.403-5388
Email:  coker@modelcitylaw.com
            donald@modelcitylaw.com
            chase@modelcitylaw.com


**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL:**

**FCA US LLC
1000 Chrysler Drive
Auburn Hills, MI 48326-2766**

DOCUMENT 3

Case 2:22-mc-05000 Document 41-2 Filed 08/04/22 Page 8 of 17

ELECTRONICALLY FILED
6/23/2022 8:24 AM
11-CV-2022-900287.00
CIRCUIT COURT OF
CALHOUN COUNTY, ALABAMA
KIM MCCARSON, CLERK

# Consumer Complaint / Inquiry Form

Last Name: Baker Berta    First Name: Michelle Cody

Street Address: ___    City: Oxford    State: Al    Zip Code: 36203    County: Calhou(n)

Cell Phone: ___    Home Phone: ___    Work Phone: ___

Email Address: ___

Are you a veteran or active-duty service member? Yes ☐ No ☒

## Primary Company or Person Your Complaint is About

Company or Name: Fiat FCA Headquarters USA

Street Address: 1000 Chrysler Dr    City: Auburn Hills    State: MI    Zip Code: 48326 / 2766    County: USA

Phone: 248-576-5741    Fax: ___    Email Address: ___

Website Address: ___

## Secondary Company or Person Your Complaint is About

Company or Name: ___
Street Address: ___    City: ___    State: ___    Zip Code: ___    County: ___
Phone: ___    Fax: ___    Email Address: ___
Website Address: ___

## Complaint Information

Is your complaint about a bill? Yes ☐ No ☒    If yes, please provide a copy.

Approximate Monetary Value: $ ___

Did you sign a contract? Yes ☐ No ☒    Where did you sign this contract? ___

Is a court action pending? Yes ☐ No ☒    Do you have an attorney representing you on this matter? Yes ☒ No ☐

## Motor Vehicle Warranty Complaint Information

If your complaint involves motor vehicle manufacturer warranties or non-dealer service contracts, please fill out this section. Most other auto-related complaints, including dealer complaints and complaints concerning automotive repairs and repair facilities, must be filed with the Department of State's Bureau of Information Security, Regulatory Monitoring Division: 888-767-6424.

Vehicle Make, Model, and Year: 2016 Fiat 500X

VIN Number: ZFBCFXBT7GP374610

2

← **fiat 500x fire.**

On July 11th 2020 around 6:15 a.m. my son's 2016 Fiat 500x self ignited while sitting in our driveway and caught our house on fire and trapped me and my son Cody Berta inside. My son had to be pulled out of our home by the firemen and taken to the hospital where he was treated for smoke inhalation. I called Fiat around July 14th 2020 and made a report of the incident. I was given two different case numbers first one ~~12538825~~ 76692557 second one ~~one 57588~~ to on July 14th 2020 and July 17th 2020 also July 21st 2020 I was never able to speak ~~until~~ to Fiat they said any someone from the Special Investigations Department ~~was~~ working on it. I asked you speak to someone regarding ~~he was working on~~ the claim I was told that there was no one I could speak to they wouldn't give me a name or a phone number or anything nothing been trying and trying still with nothing. I tried checking on the Claim ~~status later~~ a lot and they told me that the claims had been settled with no fault from them ~~at~~. I hired an attorney and they ~~until~~ at this point I have not been able to get a response from fiat, even after certified letters have been signed for. I located several other people and vehicles that have went through the same thing and actually one in Pennsylvania I've got pictures, and burn pattern is identical to the burn pattern on my son's car same year and everything. Our home it's basically destroyed and my son's car my vehicle was damaged by the fire my son started having seizures due to the stress of it all and I broke my ankle and here 5 months later I'm having to have surgery on November 17th 2020 is getting cold now it's already November and half of our home is missing I need help getting the proper contact information ~~and person~~ to help us with repairing our home and the vehicle they won't respond at all there was a recall on the vehicle at the time of the fire. They keep saying it's against corporate policy to give any sort of helpful information to include names and numbers their employees.

## Complaint Details/Inquiry

Describe your complaint/inquiry and tell us what attempts you have made to correct it, and how you would like it resolved.



AlaFile E-Notice

11-CV-2022-900287.00

To: CHASE ALLEN ARNOLD MR.
chasearnoldlaw@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

MICHELLE BAKER ET AL V. FIAT CHRYSLER AUTOMOBILES, LLC
11-CV-2022-900287.00

The following complaint was FILED on 6/23/2022 8:23:52 AM

Notice Date:    6/23/2022 8:23:52 AM

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750
Kim.McCarson@alacourt.gov



AlaFile E-Notice

11-CV-2022-900287.00

To: FIAT CHRYSLER AUTOMOBILES, LLC
1000 CHRYSLER DRIVE
AUBURN HILLS, MI, 48326

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

MICHELLE BAKER ET AL V. FIAT CHRYSLER AUTOMOBILES, LLC
11-CV-2022-900287.00

The following complaint was FILED on 6/23/2022 8:23:52 AM

Notice Date:   6/23/2022 8:23:52 AM

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750
Kim.McCarson@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS<br>- CIVIL -** | **Court Case Number**<br>11-CV-2022-900287.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA**
**MICHELLE BAKER ET AL V. FIAT CHRYSLER AUTOMOBILES, LLC**

**NOTICE TO:** FIAT CHRYSLER AUTOMOBILES, LLC, 1000 CHRYSLER DRIVE, AUBURN HILLS, MI 48326
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
CHASE ALLEN ARNOLD MR.,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2120 Leighton Ave, Anniston, AL 36207.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of MICHELLE BAKER
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

| 06/23/2022 | /s/ KIM MCCARSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ CHASE ALLEN ARNOLD MR.
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____.
*(Name of Person Served)*   *(Name of County)*   *(Date)*

*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

*(Server's Printed Name)*   *(Phone Number of Server)*

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ON 22-90028

FIAT CHRYSLER AUTOMOBILES, LLC
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326



9590 9402 5363 9189 7815 70

2. Article Number (Transfer from service label)

7019 2970 0001 9945 1677

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name)
[signature] Kyle C. May

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



AlaFile E-Notice

11-CV-2022-900287.00

Judge: BUD TURNER

To:  ARNOLD CHASE ALLEN
    chasearnoldlaw@gmail.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

MICHELLE BAKER ET AL V. FIAT CHRYSLER AUTOMOBILES, LLC
11-CV-2022-900287.00

The following matter was served on 7/5/2022

**D001 FIAT CHRYSLER AUTOMOBILES, LLC**
**Corresponding To**
CERTIFIED MAIL

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750
Kim.McCarson@alacourt.gov



AlaFile E-Notice

11-CV-2022-900287.00
Judge: BUD TURNER

To:  MURPHY DONALD CALVIN
donald@modelcitylaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

MICHELLE BAKER ET AL V. FIAT CHRYSLER AUTOMOBILES, LLC
11-CV-2022-900287.00

The following matter was served on 7/5/2022

**D001 FIAT CHRYSLER AUTOMOBILES, LLC**
**Corresponding To**
CERTIFIED MAIL

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750
Kim.McCarson@alacourt.gov



AlaFile E-Notice

11-CV-2022-900287.00

Judge: BUD TURNER

To: CLEVELAND COKER BART
coker@heflinlaw.org

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

MICHELLE BAKER ET AL V. FIAT CHRYSLER AUTOMOBILES, LLC
11-CV-2022-900287.00

The following matter was served on 7/5/2022

**D001 FIAT CHRYSLER AUTOMOBILES, LLC**
**Corresponding To**
CERTIFIED MAIL

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750
Kim.McCarson@alacourt.gov